TJS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Amro Elansari
Plaintiff

18    4171

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Golf Club Apartments
The Harbor Group International
The Supreme Court of Pennsylvania
The Superior Court of Pennsylvania
The Chester County Court of Common Pleas
Chester County
The Center County Court of Common Pleas
West Goshen District Court
Commonwealth of Pennsylvania
Nicholas Lippincott - Individual
Robert J. Shenkin - Individual
Columbia County Court of Common Pleas
Columbia County District Court
West Goshen Township
The Borough of West Chester

Edward Griffith Ind.
Mark L. Tunnel
Thomas Kistler
Pamela Ruest
Johnathan Grine
Jonathan Grine Senior
Bradley Lunsford
Stacy Parks Miller
Jessica Lathrope
Gary Norton
Thomas James
Russel Lawton
Diane Herris
William Kraut
Brandon Morgan

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.   Parties in this complaint:**

**A.**  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name              Amro Elansari
             Street Address    1100 West Chester Pike
             County, City      Chester County, West Chester
             State & Zip Code  Pennsylvania  19382
             Telephone Number  484 280 9028

Rev. 10/2009

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Golf Club Apartments
Street Address 1100 West Chester Pike
County, City Chester, West Chester
State & Zip Code PA 19382

Defendant No. 2
Name The Harbor Group International
Street Address 999 Waterside Drive
County, City Norfolk, Virginia
State & Zip Code Virginia 23510

Defendant No. 3
Name The Supreme Court of Pennsylvania
Street Address 468 City Hall
County, City Philadelphia County, Philadelphia
State & Zip Code PA 19107

Defendant No. 4
Name The Commonwealth of Pennsylvania
Street Address 1600 Arch Street Suite 300
County, City Philadelphia County, Philadelphia
State & Zip Code Pennsylvania 19103

See attached.

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    ☑ Federal Questions     ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Does the housing authority have the right to not accomidate the new class of medical condition established through the Pennsylvania Medical Marijuana Program?

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship __Pennsylvania__

Defendant(s) state(s) of citizenship __Virginia, Pennsylvania__

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? __Pennsylvania Judicial Housing Discrimination,            Corruption.__

B. What date and approximate time did the events giving rise to your claim(s) occur? __Eviction - September 24, 2018    Corruption - Past 10 years + Continuing.__

C. Facts:

| What happened to you? | Golf Club Apts  Apartment - $1100/month  Jan 2018 - Nov 2018 | Judge Thomas Kistler - Racist Email  Stacy Parks Miller - Forged Judge Signature  Supreme Court - Porn Scandal |
| --- | --- | --- |
| Who did what? | April 2018 - Bang on Door  "It smells like pot!"  ↳ Terror. | Lippenkott - Ignoring Housing Discrimination  Krout - Senior Judge Shuffle Law  ↳ escape electorate  ↳ Circumvent Democracy, Liability |
| Was anyone else involved? | May/June 2018 - Agree Reasonable Accommodation  Move to Unit F-24  7/11/2018  ↳ Transfer Fee Increase  ↳ $500 → $1000 (Breach)  ↳ $1000 → no apt for you (Breach) | Shenken - Refusal to Grant Equity  Griffith - Refusal to Grant Equity  Tunnel - Refusal to Grant Equity  Superior Court - 9/26/2018 - Refusal to recognize federal |
| Who else saw what happened? | Eviction  Sued first ↗  They sued Evict.  Lippencot admits he doesn't know law - Sets $3000  Judgment for Medical Patient  ↳ Appeal! | Supreme Court  ↳ Threat to American Flag Law.  ↳ In need of Federal audit.  ↳ And Everything Under.  ↳ Bill Cosbey - Racial Disparity  ACLU Report.  African Americans |

Rev. 10/2009                                                                                  - 3 -

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _Evicted - September 24, 2018 Hate Crimes Against Free Speech, Property Stolen - American Flag. Integrity of Law in Pensylvena._

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

_Golf Club / Harbor Group - Everything They Have Seized $7.6 Billion_

_Supreme Court / PA - Federal Audit._

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 27 day of September, 20 18.

Signature of Plaintiff _____

Mailing Address 1100 West Chester Pike - H32
West Chester PA 19382

Telephone Number 484 280 5028

Fax Number *(if you have one)* _____

E-mail Address Cmroclasov@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____