IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Amro Elansari

vs.

Golf Club Apartments
et al,

CIVIL ACTION NO.

18-4171

**MOTION**

Motion To Recuse

Timothy Savage is now a defendant to this matter and must recuse

Respectfully Submitted

[signature]

Amro Elansari
Liberty And Justice For All

1/31/2019.